**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Oakwood Laboratories,** | ) | **CASE NO.   1:04 CV 2270** |
| | ) | **1:05 CV 2070** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Howrey Simon Arnold & White, LLP, et al.,** | ) | **Journal Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants' and Counterclaim-Plaintiffs' Application for Order Confirming Arbitration Award, hereby enters judgment in favor of defendants and counterclaim-plaintiffs and against plaintiff and counter–defendant.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/24/07

1